IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BERTHA JANE DIXON**                                                                                   **PLAINTIFF**

v.                                              **4:24-cv-01086-JM-JJV**

**LELAND DUDEK,**
Acting Commissioner,
Social Security Administration,                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2025.

_____
JAMES M. MOODY JR
UNITED STATES DISTRICT JUDGE